# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

### November 7, 2014

| | | |
|---|---|---|
| CAAP–12–00 00628 | State v. White | Reversed |

### November 18, 2014

| | | |
|---|---|---|
| CAAP–13–00 03149 | Capital One Bank (USA), N.A. v. Huffman | Affirmed |

### November 19, 2014

| | | |
|---|---|---|
| CAAP–12–00 00867 | Kondaur Capital Corp. v. Matsuyoshi | Affirmed |

### November 21, 2014

| | | |
|---|---|---|
| CAAP–11–00 00704 | T.W. v. D.W. | Affirmed |

### November 26, 2014

| | | |
|---|---|---|
| CAAP–14–00 00548 | Lee v. Aila | Affirmed |
| CAAP–13–00 00287 | State v. Reyes | Vacated and Affirmed |

### December 10, 2014

| | | |
|---|---|---|
| CAAP–12–00 00214 | Advanced Air Conditioning, Inc. v. Smith | Affirmed |

### December 15, 2014

| | | |
|---|---|---|
| CAAP–11–00 00892 | State v. Santiago | Vacated and Remanded |